**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 07cv608-WHA

Wachovia Bank
c/o Prentice Hall Corp System
150 S. Perry St.
Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): D Brown
B. Date of Delivery: 7/3/07
C. Signature: X D Bowen
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7006 0100 0003 2054 6617

Wachovia

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952