**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

~~erian Information Solutions~~, Inc.

RPORATION COMPANY
TERSTATE PARK DRIVE, SUITE 204
OMERY, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

The Corporation Company   7-10-07

C. Signature

The Corporation Company   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

alias Sum & Cmp
07cv608

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from serv)   7006 0100 0003 2054 6068

102595-00-M-0952

PS Form 3811, July 1999   Domestic Return Receipt