IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KUDSON,<br>    Plaintiff<br><br>v.<br><br>WACHOVIA BANK, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:07-cv-00608-WHA-SRW<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT TRANS UNION LLC'S CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Trans Union LLC, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

\_\_\_\_ This party is an individual, or
\_\_\_\_ This party is a governmental entity, or
\_\_\_\_ There are no entities to be reported, or
\_\_X\_ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| TransUnion Corp. | Parent Company |
| Achievant LLC  (Delaware) | Subsidiary |
| Central Source LLC  (Delaware) | Subsidiary |
| TransUnion Marketing Solutions, Inc. f/k/a DDI   (Illinois) | Subsidiary |
| Cordance Technologies, Inc.  (Delaware) | Subsidiary |

| Reportable Entity | Relationship to Party |
|---|---|
| InsDec LLC   (Delaware) | Subsidiary |
| Source USA Insurance Agency, Inc. (Illinois) | Subsidiary |
| Trans Union Consumer Solutions, Inc. (Delaware) | Subsidiary |
| Trans Union Real Estate Services, Inc. (Delaware) | Subsidiary |
| Title Insurance Services Corporation (South Carolina) | Subsidiary |
| Atlantic Title Insurance Company  (South Carolina) | Subsidiary |
| Trans Union Settlement Solutions, Inc. (Delaware) | Subsidiary |
| Trans Union Title Insurance Solutions Utah LLC | Subsidiary |
| Trans Union Escrow Solutions of California, Inc. | Subsidiary |
| Carolina Title Search, LLC  (North Carolina) | Subsidiary |
| Trans Union Settlement Solutions of Alabama, LLC | Subsidiary |
| Atlantic Assurance of Virginia, LLC   (North Carolina) | Subsidiary |
| Atlantic of Alabama, LLC | Subsidiary |
| Trans Union Content Solutions LLC (Delaware) | Subsidiary |
| True Link, Inc.  (Delaware) | Subsidiary |

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| TransUnion Rental Screening Solutions, Inc. f/k/a Rentport  (Delaware) | Subsidiary |
| Visionary Systems, Inc.  (Georgia) | Subsidiary |
| Worthknowing, Inc. | Subsidiary |
| Trans Union International, Inc.  (Delaware) | Subsidiary |
| Trans Union CRIF Decision Solutions, LLC (Delaware) | Subsidiary |

Respectfully submitted,

/s/  *Kary Bryant Wolfe*

**KARY BRYANT WOLFE**  (WOL016)
WALSTON WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)
**ATTORNEYS FOR TRANS UNION LLC**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 23rd day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     Keith Anderson Nelms
     andynelms@jaylewislaw.com
     The Law Office of Jay Lewis
     PO Box 5059
     Montgomery, AL 36103-5059
     334-263-7733
     334-832-4390  (Fax)
     ***Counsel for Plaintiff***

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

     Experian Information Solutions, Inc.
     c/o The Corporation Company
     Interstate Park Drive, Suite 204
     Montgomery, AL 36109

     Wachovia Bank
     c/o Prentice Hall Corp. System
     150 S. Perry Street
     Montgomery, AL 36104

     Equifax Information Services, LLC
     c/o Prentice Hall Corp. System
     150 S. Perry Street
     Montgomery, AL 36104

     /s/ *Kary Bryant Wolfe*
     **OF COUNSEL**

2211200.1/SP/83057/0562/072007