**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **BRENT KNUDSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:07-CV-608-WHA-SRW |
| | ) |
| **WACHOVIA BANK, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS INC; and EQUIFAX INFORMATION SERVICES LLC,** | ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Equifax Information Services LLC, ("Equifax"), by Counsel, and hereby makes the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax, Inc., which is a publicly traded company.

Respectfully submitted this 23rd of July, 2007.

                EQUIFAX INFORMATION
                SERVICES, LLC

        By: s/Kirkland E. Reid_____
            Kirkland E. Reid (REIDK9451)
            Attorney for Equifax Information Services, LLC

OF COUNSEL:

Miller, Hamilton, Snider & Odom, LLC
254 State Street
Mobile, AL 36603
251-432-1414
251-433-1001 (fax)
kirkreid@mhsolaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on the 23rd day of July the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification to the below named counsel and was also served by depositing same in the U.S. Mail, postpaid, properly addressed to the following:

K. Anderson Nelms
847 S. McDonough Street
Suite 100
Montgomery, AL 36104

s/Kirkland E. Reid