IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRETT KNUDSON,            ) | |
|                           ) | |
|      Plaintiff,           ) | |
|                           ) | |
| v.                        ) | CIVIL ACTION NO. 2:07cv608-WHA |
|                           ) | |
| WACHOVIA BANK, et al.,    ) | |
|                           ) | |
|      Defendants.          ) | |

**ORDER**

Upon consideration of Defendant Trans Union LLC's Partial Motion to Dismiss (Doc. #10), and Defendant Wachovia Bank, N.A.'s Motion to Dismiss (Doc. #13), filed on July 23, 2007, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before August 14, 2007** why the motions should not be granted. The Defendants shall have **until August 21, 2007**, to file any reply they may wish to file. The motions will be taken under submission on that day for determination without oral hearing.

DONE this 24th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE