IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

BRENT KUDSON,

Plaintiff,

v.   CASE NO. 2:07cv608-WHA

WACHOVIA BANK NA, et al.,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Brent Knudson__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

7/24/2007
Date

/s/ Andy Nelms
(Signature)

K. Anderson Nelms (ASB-6972-E63K)
(Counsel's Name)

Brent Knudson
Counsel for (print names of all parties)

847 So. McDonough Street, Suite 100
Montgomery, AL 36104
Address, City, State Zip Code

(334) 263-7733
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

## CERTIFICATE OF SERVICE

I, K. Anderson Nelms, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM / ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 24th day of July 20 07, to:

Wachovia Bank N.A.

Trans Union, LLC

Experian Information Solutions, Inc.

Equifax Information Services, LLC

7/24/2007
Date

/s/ Andy Nelms
Signature