IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRENT KNUDSON. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| WACHOVIA BANK, a National banking | ) | 2:07-cv-608 |
| Entity; TRANS UNION, LLC; a foreign | ) | |
| limited liability company; EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC., a | ) | |
| foreign corporation; and EQUIFAX | ) | |
| INFORMATION SERVICES, LLC; a | ) | |
| foreign limited liability company; | ) | |
| | ) | |
| Defendants. | ) | |

## FEDERAL RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian) hereby identifies, pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure, the following listed parties that have direct pecuniary interest in the outcome of this case:

1.  Parent Companies: The parent company of Experian is GUS, LLC ("GUS"). GUS owns 100 percent of Experian and is publicly traded on the London Stock Exchange. Experian does not have any wholly owned subsidiaries.

Dated: July 25, 2007            Respectfully submitted,

By: /s/ L. Jackson Young, Jr.
L. Jackson Young, Jr. (ASB-7946-G65L)
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

OF COUNSEL:
**FERGUSON, FROST & DODSON, LLP**
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205) 879-8722  (Telephone)
(205) 879-8831 (Telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Defendant Experian Information Solutions, Inc.'s Federal Rule 7.1 Disclosure Statement, was filed with the Clerk of the Court on July 25, 2007, using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

K. Anderson Nelms, Esq.
**LAW OFFICES OF JAY LEWIS, LLC**
Post Office Box 5059
Montgomery, Alabama  36103
andynelms@jaylewislaw.com
*Counsel for Plaintiff*

/s/ L. Jackson Young, Jr.
Of Counsel

151214