IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KNUDSON<br><br>        Plaintiff,<br><br>vs.<br><br>WACHOVIA BANK, a National banking entity; TRANS UNION, LLC; a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; and EQUIFAX INFORMATION SERVICES, LLC; a foreign limited liability company;<br><br>        Defendants. | Case No.: 2:07cv608-WHA |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned attorney, L. Jackson Young, Jr., hereby respectfully moves the Court, pursuant to Local Rule 83.1(b), to admit *pro hac vice*, **Mark H. Weintraub**, to practice before this Court in connection with the above-styled case. In support of this motion, Mr. Young and Mr. Weintraub assert the following:

1. Mr. Weintraub resides at 3164 Denton Place, Roswell, Georgia 30075.

2. Mr. Weintraub is an attorney associated with the law firm Jones Day with offices at 1420 Peachtree Street, Suite 800, Atlanta, Georgia 30309, telephone no. (404) 521-3939.

3. Mr. Weintraub has been retained as counsel by Experian Information Solutions, Inc. ("Experian") to provide legal representation in connection with the above-styled matter now pending in this Court.

326303v.1
ATI-2282496v1

4. Since 2005, Mr. Weintraub has been, and presently is, a member of the Bar of the United States District Court for the Northern District of Georgia where Mr. Weintraub resides and regularly practices law. A Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached hereto.

5. Mr. Weintraub is also admitted to practice before the following courts of the following jurisdictions: State of California since 2001; United States District Courts for the Central, Southern, and Eastern Districts of California since 2001; United States District Courts for the Northern District of California since 2002; State of Georgia since 2005; and the First Circuit Court of Appeals since 2005. Mr. Weintraub is presently a member in good standing of the bars of each of the courts listed above.

6. Mr. Weintraub presently is not, and never has been, the subject of any disbarment proceedings.

7. Mr. Weintraub presently is not, and never has been, the subject of any suspension proceedings.

8. Mr. Weintraub has never had any certificate or privilege to appear and practice before any regulatory or administrative body suspended or revoked.

9. The undersigned attorney, L. Jackson Young, Jr., is local counsel of record for Experian and is a member in good standing of the bar of this Court. Mr. Young is a member of the firm of Ferguson, Frost & Dodson, LLP, 2500 Acton Road, Suite 200, Birmingham, Alabama 35243, telephone no. (205) 879-8722.

10. Mr. Weintraub agrees to comply with the Rules of Professional Conduct and consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama and the United States District Courts within Alabama.

11.  Mr. Weintraub respectfully requests to be admitted to practice in this Court for this cause only.

**WHEREFORE, PREMISES CONSIDERED**, Mr. Young respectfully moves this Court to admit Mr. Weintraub *pro hac vice* in the above-styled matter pursuant to Local Rule 83.1(b) of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 2nd day of August, 2007.

Respectfully submitted,

/s/ L. Jackson Young, Jr.
L. Jackson Young, Jr. (ASB-7946-G65L)
**FERGUSON, FROST & DODSON, LLP**
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
Telephone: (205) 879-8722
Facsimile: (205) 879-8831
*Counsel for Defendant Experian
Information Solutions, Inc.*

**Pending Pro Hac Admission:**
Mark H. Weintraub, Esq.
**JONES DAY**
1420 Peachtree Street
Suite 800
Atlanta, Georgia 30309
*Additional Counsel for Experian
Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

    This is to certify that on this the 2nd day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

K. Anderson Nelms, Esq.
**LAW OFFICES OF JAY LEWIS, LLC**
Post Office Box 5059
Montgomery, Alabama 36103
andynelms@jaylewislaw.com
*Attorney for Plaintiff*

Rashad Labrucliff Blossom, Esq.
Janine L. Smith, Esq.
**BURR & FORMAN LLP**
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
rblossom@burr.com
*Attorneys for Wachovia Bank*

Kirkland E Reid, Esq.
**MILLER, HAMILTON, SNIDER & ODOM, LLC**
254 State Street
Mobile, Alabama 36603
kirkreid@mhsolaw.com
*Attorney for Equifax Information Services, LLC*

Kary B. Wolfe, Esq.
**WALSTON WELLS & BIRCHALL LLP**
Post Office Box 830642
Birmingham, Alabama 35283-0642
kwolfe@walstonwells.com
*Attorney for Trans Union, LLC*

                                       /s/ L. Jackson Young, Jr.
                                       OF COUNSEL

151508



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  }
}  ss.
**NORTHERN DISTRICT OF GEORGIA**  }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **MARK HOWARD WEINTRAUB, 141957,** was duly admitted to practice in said Court on AUGUST 08, 2005 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 1st day of August, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: *Phyllis Brannon*
Phyllis Brannon
Deputy Clerk