IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KNUDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv608-WHA |
| | ) |
| WACHOVIA BANK, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #20), filed on behalf of Mark H. Weintraub on August 2, 2007, and it appearing that Mark H. Weintraub is a member in good standing of the United States District Court for the Northern District of Georgia, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 9th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE