IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KUNDSON , )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WACHOVIA BANK; N.A TRANS UNION, )<br>LLC; EXPERIAN INFORMATION )<br>SOLUTIONS, INC.; and EQUIFAX )<br>INFORMATION SERVICES, LLC, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:07cv608-WHA |

**ORDER**

Upon consideration of the submissions in support of and in opposition to Wachovia's Motion to Dismiss, it appears to the court that Wachovia has raised a new argument in the Reply to which Knudson has not had an opportunity to respond. That is, Wachovia raises an argument that even if the court were persuaded to construe the Fair Credit Reporting Act qualified immunity and preemption provisions as Knudson has urged, the qualified immunity provision would not apply to Knudson's claims. Accordingly, it is hereby

ORDERED that Knudson has until August 31, 2007 to file a response to the new argument raised in Wachovia's reply brief.

Done this 24th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE