UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KNUDSON,      ) | |
|     Plaintiff,      ) | |
| ) | Civil Action No. 2:07-cv-00608 |
| v.      ) | |
| ) | |
| WACHOVIA BANK, a National banking entity,      ) | |
| TRANS UNION, LLC, a foreign limited liability      ) | |
| company, EXPERIAN INFORMATION      ) | |
| SOLUTIONS, INC., a foreign corporation, and      ) | |
| EQUIFAX INFORMATION SERVICES, LLC, a      ) | |
| foreign limited liability company,      ) | |
| ) | |
|     Defendants.      ) | |

## NOTICE OF DISMISSAL AS TO WACHOVIA BANK

COMES NOW, Plaintiff Brent Knudson, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, and dismisses all claims against Defendant Wachovia Bank, stating as follows:

This case was filed on June 29, 2007. (Court Doc. #1). Defendant CMRE was served on July 3, 2007. (Court Doc. #4). Defendant Wachovia has not filed an answer in this case.

The above considered, Plaintiff dismisses, without prejudice, her case against Defendant Wachovia Bank.

Respectfully submitted this the 16th day of October, 2007.

                                                  s/K. ANDERSON NELMS
                                                K. ANDERSON NELMS
                                                P.O. Box 5059
                                                Montgomery, AL 36103

        Phone: (334) 263-7733
        Fax: (334) 832-4390
        andynelms@jaylewislaw.com
        ASB-6972-E63K
        Counsel for Plaintiff

Anderson Nelms and Associates, LLC
Montgomery, Alabama 36104
(334) 263-7733
fax: (334) 832-4390

## CERTIFICATE OF SERVICE

    I hereby certify that I have served the foregoing on the following parties and/or counsel by electronic filing through the CM/ECF system or placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this the 16th day of October, 2007.

Janine L. Smith
Rashad L. Blossom
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

        s/Andy Nelms
        K. ANDERSON NELMS
        P.O. Box 5059
        Montgomery, AL 36103
        Phone: (334) 263-7733
        Fax: (334) 832-4390
        andynelms@jaylewislaw.com
        ASB-6972-E63K
        Counsel for Plaintiff