UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KNUDSON,<br>    Plaintiff,<br><br>v.<br><br>WACHOVIA BANK, a National banking entity,<br>TRANS UNION, LLC, a foreign limited liability company, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company,<br><br>    Defendants. | Civil Action No. 2:07-cv-00608 |

## NOTICE OF DISMISSAL AS TO TRANS UNION, LLC

COMES NOW, Plaintiff Brent Knudson, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, and dismisses all claims against Defendant Trans Union, LLC, stating as follows:

This case was filed on June 29, 2007.  (Court Doc. #1).  Defendant Trans Union, LLC was served on July 3, 2007.  (Court Doc. #3).  Defendant Trans Union, LLC has not filed an answer in this case.

The above considered, Plaintiff dismisses, without prejudice, her case against Defendant Trans Union, LLC.

Respectfully submitted this the 16th day of October, 2007.

s/K. ANDERSON NELMS
K. ANDERSON NELMS

P.O. Box 5059<br>
Montgomery, AL 36103<br>
Phone: (334) 263-7733<br>
Fax: (334) 832-4390<br>
andynelms@jaylewislaw.com<br>
ASB-6972-E63K<br>
Counsel for Plaintiff

Anderson Nelms and Associates, LLC
Montgomery, Alabama 36104
(334) 263-7733
fax: (334) 832-4390

## CERTIFICATE OF SERVICE

    I hereby certify that I have served the foregoing on the following parties and/or counsel by electronic filing through the CM/ECF system or placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this the 16th day of October, 2007.

Kary Bryant Wolfe
Walston Wells & Birchall, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642

s/Andy Nelms<br>
K. ANDERSON NELMS<br>
P.O. Box 5059<br>
Montgomery, AL 36103<br>
Phone: (334) 263-7733<br>
Fax: (334) 832-4390<br>
andynelms@jaylewislaw.com<br>
ASB-6972-E63K<br>
Counsel for Plaintiff