UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KNUDSON, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) ) |
| WACHOVIA BANK, a National banking entity, TRANS UNION, LLC, a foreign limited liability company, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company, | ) ) ) ) ) ) ) ) |
|    Defendants. | ) |

Civil Action No. 2:07-cv-00608

**JOINT MOTION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES**

COMES NOW, Plaintiff Brent Knudson, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, and dismisses all claims against Defendant Equifax Information Services, LLC (hereinafter, "Equifax"), stating as follows:

1. This case was filed on June 29, 2007. (Court Doc. #1). Defendant was served on July 10, 2007. (Court Doc. #7).

2. Defendant filed an answer in this case on July 23, 2007. (Court Doc. #11).

3. Subsequently, Plaintiff has reached a settlement agreement with Defendant Equifax. The above considered, Plaintiff requests that this Court dismiss with prejudice his case against Defendant Equifax.

Respectfully submitted this the 19th day of November, 2007.

| | |
|---|---|
| /s/ Kirkland E. Reid<br>Kirkland E. Reid<br>Attorney for Equifax Information Services, LLC<br>**Miller, Hamilton, Snider & Odom, LLC**<br>254 State Street<br>Mobile, Alabama 36603<br>REIDK9451 | /s/ K. ANDERSON NELMS<br>K. ANDERSON NELMS<br>Attorney for Plaintiff<br>**Law Offices of Jay Lewis, LLC**<br>847 So. McDonough St., Ste 100<br>Montgomery, Alabama 36104<br>ASB-6972-E63K<br>Phone: (334) 263-7733<br>Fax: (334) 832-4390<br>andynelms@andersonnelms.com<br>ASB-6972-E63K |

Of Counsel:
Law Offices of Jay Lewis
847 So. McDonough Street, Ste 100
Montgomery, Alabama 36104


## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served the foregoing on the following parties and/or counsel by electronic filing through the CM/ECF system or placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this the 16th day of October, 2007.


Kirkland E. Reid (REIDK9451)
Attorney for Equifax Information Services, LLC
**Miller, Hamilton, Snider & Odom, LLC**
254 State Street
Mobile, Alabama 36603

L. Jackson Young, Jr. (ASB-7946-G65L)
Attorney for Experian
**FERGUSON, FROST & DODSON, LLP**
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

Janine L. Smith
Rashad L. Blossom
Attorneys for Wachovia Bank, N.A.
**Burr & Forman LLP**

3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

Kary Bryant Wolfe (WOL016)
Attorney for Trans Union, LLC
**Walston Wells & Birchall, LLP**
P.O. Box 830642
Birmingham, Alabama 35283-0642

                                                                                                        s/Andy Nelms
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff