UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KNUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WACHOVIA BANK, a National banking entity, ) | |
| TRANS UNION, LLC, a foreign limited liability ) | Civil Action No. 2:07-cv-00608 |
| company, EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., a foreign corporation, and ) | |
| EQUIFAX INFORMATION SERVICES, LLC, a ) | |
| foreign limited liability company, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC.**

COMES NOW, Plaintiff Brent Knudson, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, and dismisses all claims against Defendant Experian Information Solutions, Inc. (hereinafter, "Experian"), stating as follows:

1. This case was filed on June 29, 2007. (Court Doc. #1). Experian was served on July 10, 2007. (Court Doc. #6).

2. Experian filed an answer in this case on July 25, 2007. (Court Doc. #17).

3. Subsequently, Plaintiff has reached a settlement agreement with Experian. The above considered, Plaintiff requests that this Court dismiss with prejudice his case against Experian.

Respectfully submitted this the 4th day of January, 2008.

| | |
|---|---|
| /s/ Mark H. Weintraub<br>Mark H. Weintraub<br>Attorney for Experian Information Solutions, Inc.<br>**Jones Day**<br>1420 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>mweintraub@jonesday.com | /s/ Andy Nelms<br>K. Anderson Nelms<br>Attorney for Plaintiff<br>**Law Offices of Jay Lewis, LLC**<br>847 So. McDonough St., Ste 100<br>Montgomery, Alabama 36104<br>ASB-6972-E63K<br>Phone: (334) 263-7733<br>Fax: (334) 832-4390<br>andynelms@andersonnelms.com<br>ASB-6972-E63K |

Of Counsel:
Law Offices of Jay Lewis
847 So. McDonough Street, Ste 100
Montgomery, Alabama 36104


## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on the following parties and/or counsel by electronic filing through the CM/ECF system or placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this the 4th day of January, 2008.

Mark H. Weintraub
Attorney for Experian Information Solutions, Inc.
Jones Day
1420 Peachtree Street, N.E.
Atlanta, GA 30309

s/Andy Nelms
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@andersonnelms.com
ASB-6972-E63K
Attorney for Plaintiff
