IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KNUDSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:07cv608-WHA ) |
| WACHOVIA BANK, etc., et al., | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion to Reinstate Wachovia Bank, N.A. as a Party Defendant (Doc. #36), filed on February 27, 2008, it is

ORDERED that the Defendant Wachovia Bank, N.A. shall show cause, if any there be, **on or before March 13**, **2008** why the motion should not be granted. The Plaintiff shall have **until March 20, 2008**, to file any reply he may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 28th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE