IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv608-WHA |
| ) | |
| WACHOVIA BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

*Note: Name appears as "BRENT KNUDSON" in the caption.*

### ORDER

It appearing to the court that a previous Order entered on February 28, 2008 (Doc. #37) was not served by the Clerk upon counsel for Wachovia Bank, it is hereby

ORDERED that Wachovia Bank, N.A. shall show cause, if any there be, **on or before on or before April 4**, **2008** why Plaintiff's Motion to Reinstate Wachovia Bank, N.A. as a Party Defendant (Doc. #36) should not be granted.  The Plaintiff shall have **until April 11, 2008**, to file any reply he may wish to file.  The motion will be taken under submission on that day for determination without oral hearing.

The Clerk is DIRECTED to serve this Order on counsel of record for Defendant Wachovia Bank, N.A.

DONE this 21st day of March, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE