IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:07cv608-WHA |
| vs. ) | |
| ) | |
| WACHOVIA BANK, N.A TRANS UNION, ) | |
| LLC; EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC.; and EQUIFAX ) | |
| INFORMATION SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This cause is before the court on the Plaintiff's Motion to Reinstate Wachovia Bank, N.A. as a Party Defendant (Doc. #37). Upon consideration of the Motion and response it is hereby ORDERED as follows:

1. The Motion to Reinstate Wachovia Bank, N.A. is GRANTED to the extent that the Plaintiff is given until **April 22, 2008** to file an Amended Complaint which states, within the requirements of F.R.C.P. 11, a claim against Wachovia Bank, N.A. for a violation of 15 U.S.C. § 1681s-2(b).

2. Wachovia Bank, N.A. is given 20 days to file a response to any Amended Complaint filed.

Done this 15th day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE