IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRENT KUDSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:07-CV-608-WHA |
| **WACHOVIA BANK, NATIONAL ASSOCIATION, et al.** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## MOTION TO WITHDRAW

**COMES NOW** Rashad L. Blossom and moves the Court for an order permitting him to withdraw from representation of Wachovia Bank National Association ("Wachovia") in the above-styled action. In support hereof, Mr. Blossom states the following:

1. Mr. Blossom has appeared in this action as attorney with the law firm of Burr & Forman LLP (Burr & Forman).

2. As of January 16, 2008, Mr. Blossom no longer practices law with Burr & Forman.

3. Burr & Forman and remaining counsel of record, Janine L. Smith and Amanda M. Beckett, will continue to represent the Wachovia in this action, and there will be no harm or prejudice to any of the parties.

WHEREFORE, premises considered, Mr. Blossom respectfully requests the entry of an order allowing him to withdraw from this case.

Respectfully submitted,

/s/ Rashad Blossom
Rashad L. Blossom
The Law Firm of R.L. Blossom, P.C.

1660400 v1

One Chase Corporate Center
Suite 400
Birmingham, AL 35244

Case 2:07-cv-00608-WHA-SRW   Document 42   Filed 04/23/2008   Page 2 of 3

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this the 23rd day of April, 2008:

                              /s/ Rashad Blossom
                              OF COUNSEL