IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KNUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv608-WHA |
| ) | |
| WACHOVIA BANK, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendant Experian Information Solutions, Inc.'s Motion to Dismiss Amended Complaint (Doc. #45), filed on May 9, 2008, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before May 27, 2008** why the motion should not be granted. The Defendant shall have **until June 3, 2008**, to file any reply it may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 13th day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE