IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:07cv608-WHA |
| vs. ) | |
| ) | |
| WACHOVIA BANK, N.A TRANS UNION, ) | |
| LLC; EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC.; and EQUIFAX ) | |
| INFORMATION SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This cause is before the court on Defendant Experian Information Solutions, Inc.'s Motion to Dismiss Amended Complaint (Doc. #45).

The Plaintiff originally filed a Complaint in this case against several defendants. On January 4, 2008, the parties filed a Joint Motion to Dismiss Experian Information Solutions, Inc. ('Experian") with prejudice, which was granted by Order of this court on January 7, 2008 (Doc. #35).

On February 28, 2008, the Plaintiff filed a Motion to Reinstate Wachovia Bank, N.A. as a Party Defendant (Doc. #37). The court granted that motion and allowed the Plaintiff time in which to file an Amended Complaint which states, within the requirements of F.R.C.P. 11, a claim against Wachovia Bank, N.A. for a violation of 15 U.S.C. § 1681s-2(b). (Doc. #40).

The Plaintiff filed an Amended Complaint which purported to state a claim not only against Wachovia Bank, N.A., but also Experian (Doc. #41).

The court entered an Order to the Plaintiff to show cause, if any there be, why Experian's motion to dismiss the claims against it as being barred by res judicata ought not be granted. The

court has not received a response from the Plaintiff.

Accordingly, for good cause shown, it is hereby ORDERED that the Motion to Dismiss is GRANTED and all claims in the Amended Complaint against Experian Information Solutions, Inc. are DISMISSED with prejudice.

Done this 3rd day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE