IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT KUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:07cv608-WHA |
| vs. ) | |
| ) | (wo) |
| WACHOVIA BANK, N.A.; TRANS UNION, ) | |
| LLC; and EQUIFAX ) | |
| INFORMATION SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon review of the Amended Complaint filed in this case on April 22, 2008, it appears that the Plaintiff's Amended Complaint exceeds the scope of the leave to amend which was given by this court. *See* Doc. # 40. Although the Plaintiff was allowed to file an Amended Complaint stating a claim against Wachovia Bank, N.A. for a violation of 15 U.S.C. § 1681s-2(b), the Plaintiff included additional claims and Defendants, including Trans Union, Experian Information Solutions, Inc., and Equifax Information Services, LLC in the Amended Complaint. *See* Doc. #41. These claims and Defendants had previously been dismissed and the Plaintiff has not been given leave to reinstate those claims or Defendants.

The court has granted a Motion to Dismiss Experian Information Solutions, Inc. by separate Order on this date. It appears to the court, however, that additional steps are necessary to make clear the claim upon which the Plaintiff is being allowed to proceed in this case.

Accordingly, it is hereby ORDERED as follows:

1. The Amended Complaint (Doc. #41) is STRICKEN.

2. The Plaintiff is given until June 10, 2008 to file an Amended Complaint which states

a claim, within the requirements of F.R.C.P. 11, only against Wachovia Bank, N.A. for a violation of 15 U.S.C. § 1681s-2(b).

    3. Wachovia Bank is given 20 days to file a response to the new Amended Complaint.

Done this 3rd day of June, 2008.

                                    /s/ W. Harold Albritton
                                    W. HAROLD ALBRITTON
                                    SENIOR UNITED STATES DISTRICT JUDGE